## Louis W. Hill and Watson P. Davidson, Defendants in Error, v. Nathan Aronson, Plaintiff in Error.

### Gen. No. 21,807.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and remanded. Opinion filed March 28, 1917.

## Statement of the Case.

Judgment by confession by Louis W. Hill and Watson P. Davidson, plaintiffs, against Nathan Aronson, defendant, under a *cognovit* contained in a lease. From a denial of defendant's motion to vacate same and for leave to plead, defendant brings error.

WEINBERG & GROLLMAN, for plaintiff in error; LOUIS L. KAHN, of counsel.

KING, BROWER & HURLBUT, for defendants in error.

MR. JUSTICE GOODWIN delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

JUDGMENT, § 82*—*when affidavit in support of motion to vacate judgment by confession under cognovit in lease presents good defense.* On motion to vacate a judgment by confession taken under a *cognovit* contained in a lease for rent as due under the lease, defendant's affidavit in support of such motion setting forth that he had been compelled to abandon the lease by reason of the plaintiffs leasing another portion of the building for saloon purposes, contrary to a provision in defendant's lease that it was understood that the said lessor should not lease any portion of the building to any one for the purpose of retailing liquors or carrying on a saloon or buffet business, whereby it became impossible for defendant to continue in the saloon business in the building under his lease, *held* to present a good defense to an action on the lease for rent, so as to warrant opening up the judgment and permitting defendant to plead.